IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TENNILLE CANADA, *individually, and on behalf of all others similarly situated*, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:24-CV-1358-DII |
| CASH LINK USA, LLC, and JOHN DOES 1-10, | § § § § | |
| Defendants. | § § | |

## ORDER

On December 10, 2024, the parties dismissed all claims in this case with prejudice by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 7). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on December 11, 2024.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE